UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TRUDY LYNN,

      Plaintiff,

      v.

SHERIFF STEVE BOYER and CHIEF OF
POLICE STAN ASTON,

      Defendants.

Case No. MS07-5000FDB

ORDER OF DISMISSAL

      Plaintiff purports to file a "Criminal Complaint" against the Defendants by opening this miscellaneous cause of action and attaching Kirkland Municipal Court traffic infractions with the words "Refusal for Cause" written across the front.   Plaintiff may not file such a cause of action in this Court, as that is left to the proper federal authorities, and the attached traffic offenses are outside this Court's jurisdiction.

      NOW, THEREFORE, IT IS ORDERED: This cause of action is DISMISSED.

      DATED this 19th day of January, 2007.

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1